**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

THEODORE JAMES SAUVE,

        Plaintiff,                 Case Number: 07-CV-11699

v.                                       HON. PAUL D. BORMAN

DENNIS STRAUB, ET AL.,

        Defendants.
_____/

## ORDER OF TRANSFER

Plaintiff Theodore James Sauve has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983, alleging that defendants have been deliberately indifferent to his medical needs in violation of the Eighth Amendment.

Venue is appropriate in the judicial district where either all defendants reside or where the claims arose. 28 U.S.C. § 1391(b); Al-Muhaymin v. Jones, 895 F.2d 1147 (6th Cir. 1990). Plaintiff complains of events which took place and allegedly continue to take place at the Muskegon Correctional Facility in Muskegon, Michigan. Muskegon, Michigan is located in Muskegon County, which is in the Western District of Michigan, Northern Division. *See* 28 U.S.C. § 102(b)(1). The defendants are also located in Muskegon, Michigan. Therefore, venue is not appropriate in this district. The Court, therefore, will transfer the matter to the district where the claim arose and the defendants reside, the Western District of Michigan.

Accordingly, in the interests of justice, the Court exercises its discretion and transfers Plaintiff's case to the United States District Court for the Western District of Michigan. The

Court **ORDERS** the Clerk of the Court to transfer the Court file to the Western District of Michigan.

                                        s/Paul D. Borman  
                                        PAUL D. BORMAN  
                                        UNITED STATES DISTRICT JUDGE

Dated: August 10, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 10, 2007.

                                        s/Denise Goodine  
                                        Case Manager